United States District Court
District of Massachusetts

|  |  |
|---|---|
| **United States of America** ) ) | |
| Petitioner, ) ) | Civil Action No. 15-12310-NMG |
| v. ) ) | |
| **Yamil Flores-Robles,** ) ) | |
| Respondent. | |

**ORDER**

**GORTON, J.**

On September 25, 2018, this Court held a status conference to resolve the potential placement of Mr. Flores-Robles ("respondent") in a mental health facility in Florida. The parties disclosed that they were currently unable to find suitable housing for respondent and the Court scheduled a supplemental status conference for November 27, 2018.

Accordingly, this case will be stayed pending the identification of an appropriate residence or mental health facility for the respondent.

**So ordered.**

                                     _/s/ Nathaniel M. Gorton_
                                     Nathaniel M. Gorton
                                     United States District Judge

Dated September 28, 2018